RECEIVED

JUL - 6 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN B. DOUCET** | **CIVIL ACTION NO. 10-0345** |
| **LA. DOC #131847** | |
| **VS.** | **SECTION P** |
| | **JUDGE DOHERTY** |
| **WARDEN CHAD LEE** | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's *habeas corpus* petition be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 6 day of July, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE